DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

YOUNG KIM,

Appellant,

v.

PROGRESSIVE RESIDENTIAL, LLC,

Appellee.

No. 2D23-1352

_____

February 23, 2024

Appeal from the County Court for Hillsborough County; Melissa C. Black,
Judge.

Christopher Hixson of Hixson Law Group, Clearwater, for Appellant.

Alyssa L. Cory and Meredith Delcamp of Shutts & Bowen, LLP, Tampa,
for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.